*16*

Recipt #
40470

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

James Errol Garner

Case: 2:26-cv-11483
Assigned To : Michelson, Laurie J.
Referral Judge: Patti, Anthony P.
Assign. Date : 5/5/2026
Description: CMP GARNER V. CITY OF DETROIT ET AL (DA)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

**v.**

See Attached

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | James Errol Garner |
| Street Address | 12711 E. Jefferson Unit 15088 ( Mailing Address) |
| City and County | Detroit Wayne |
| State and Zip Code | Michigan 48215 |
| Telephone Number | 313-659-8082/ 313-918-8345 |
| E-mail Address | jgarnerbonez@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | See Attached |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | See Attached |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | See Attached |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | See Attached |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

See Attached

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
   The plaintiff, *(name)* _____,
   is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a corporation
   The plaintiff, *(name)* _____,
   is incorporated under the laws of the State of *(name)*
   _____, and has its principal place of business in the
   State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the
   State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b.    If the defendant is a corporation
   The defendant, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____, and
   has its principal place of business in the State of *(name)*
   _____. *Or* is incorporated under the laws of
   *(foreign nation)* _____, and has its principal place
   of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about February 1, 2024, officers conducted a warrantless seizure of my personal property, including firearms, without probable cause or legal justification. This seizure occurred without a warrant and continues to have ongoing effects as of the date of this filing.During the same incident, I was subjected to racial profiling and excessive force by the officers. They detained me unlawfully without providing a valid reason or evidence to support their actions.The officers claimed I failed to signal at a stop sign, but I was not making a turn at the time. This accusation was unfounded and used to justify an unlawful stop and escalation.The officers' actions resulted in the denial of my rights under the Constitution, including my right to be free from unreasonable searches and seizures, my right to due process, and my right to equal protection under the law.This case was previously dismissed without prejudice and later refiled without the introduction of any new evidence. The issues remain ongoing since February 1, 2024.I believe that, given the judge's knowledge of the law and the numerous constitutional violations brought to the court's attention, this case should have been dismissed. The failure to do so raises serious concerns about fairness and due process.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Demand for Compensation

Given the violations outlined above and the significant harm i have suffered and continue to suffer with I hearby demand the following:

1) Monetary compensation: Payment of $350,000,000 to compensate for all damages sustained, including economic losses, pain and suffering, emotional distress, and punitive damages

2) Punitive damages: Payment of punitive damages as allowed under the law, including the application of the RICO multiplier for sustained harm

3) Legal costs and Fees: Reimbursementr for all legal costs and associated expenses incurred as a result of this unlawful conduct, including attorney fees, filling fees and expert witness costs.

Corrective actions: Immediate corrective action to address the unlawful policies and practices that resulted in these violations, ensuring such actions are not repeated in the future

4) Immediate Termination: Immediate termination of all parties involved to ensure that they will not be allowed to engage in this type of behaviour or violations again or to anyone else

5) And the immediate halt to further harassment and abusive behavior

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _5/5_____, 20_26_

Signature of Plaintiff _James Harner_

Printed Name of Plaintiff _James Garner_

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

See Attached

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


JAMES ERROL GARNER,

Plaintiff,

v.

CITY OF DETROIT,
DETROIT POLICE DEPARTMENT,
DETROIT POLICE OFFICERS ASSOCIATION,
CORPORAL JAMES O'SHEA, in his individual and official capacity,
OFFICER DANIEL BROCKMAN, in his individual and official capacity,
OFFICER NICHOLAS HAUPT, in his individual and official capacity,
SERGEANT CARL FREEMAN, in his individual and official capacity,

Defendants.


Case No.: _____
Hon. _____


**VERIFIED CIVIL RIGHTS COMPLAINT**

(42 U.S.C. §§ 1981, 1983; Fourth & Fourteenth Amendments; Monell; State Law)


**I. INTRODUCTION**

1. This is a civil rights action arising from an **unlawful traffic stop, unconstitutional detention, warrantless seizure of firearms, and excessive force resulting in physical injury and hospitalization.**
2. Defendants, acting under color of state law, deprived Plaintiff of clearly established constitutional rights.
3. These violations were not isolated but occurred pursuant to **policies, customs, practices, and deliberate indifference** attributable to the City of Detroit.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.
5. This action arises under 42 U.S.C. §§ 1981 and 1983 and the United States Constitution.
6. Supplemental jurisdiction exists under 28 U.S.C. § 1367.
7. Venue is proper under 28 U.S.C. § 1391(b) because all events occurred in Detroit, Michigan.

## III. PARTIES

8. Plaintiff **James Errol Garner** is a citizen of Michigan.
9. Defendant **City of Detroit** is a municipal entity responsible for policies, training, supervision, and discipline.
10. Defendant **Detroit Police Department** is the operational arm of the City (claims asserted through the City).
11. Defendant **Detroit Police Officers Association** is a labor organization that, upon information and belief, maintains practices affecting discipline and accountability.
12. Defendants **Corporal James O'Shea, Officer Daniel Brockman**, and **Officer Nicholas Haupt** were acting under color of state law within the meaning of West v. Atkins.
13. Each individual Defendant is sued in both individual and official capacities.

## IV. STATEMENT OF FACTS

### A. UNLAWFUL TRAFFIC STOP

14. On February 1, 2024, Plaintiff was lawfully operating a vehicle in Detroit, Michigan.
15. Defendants initiated a traffic stop claiming Plaintiff failed to signal.
16. Plaintiff was not turning and committed no traffic violation.
17. Defendants lacked specific, articulable facts establishing reasonable suspicion as required by Terry v. Ohio.
18. The stop was unlawful at its inception.

### B. UNLAWFUL DETENTION

19. Defendants detained Plaintiff through a show of authority.

20. A reasonable person would not have felt free to leave.
21. The detention was prolonged beyond any lawful purpose and unsupported by probable cause.

## C. WARRANTLESS SEIZURE OF FIREARMS

22. Defendants seized Plaintiff's firearms and personal property without:

- A warrant
- Consent
- Exigent circumstances

23. The property was not contraband and posed no immediate threat.
24. The seizure violated clearly established Fourth Amendment law.

## D. EXCESSIVE FORCE

25. Defendants used physical force against Plaintiff.
26. Plaintiff was compliant, non-threatening, and not resisting.
27. The force used was objectively unreasonable under Graham v. Connor.

## E. PHYSICAL INJURY AND HOSPITALIZATION

28. As a direct result of Defendants' conduct, Plaintiff suffered:

- Physical injury
- Pain and bodily harm
- Hospitalization and medical treatment

## F. LACK OF JUSTIFICATION

29. Defendants failed to document:

- A valid basis for the stop
- Any probable cause
- Any safety threat justifying force or seizure

30. This absence confirms the conduct was pretextual and unconstitutional.

## G. MUNICIPAL POLICY, CUSTOM, AND DELIBERATE INDIFFERENCE

31. The City of Detroit maintained policies, customs, or practices that were the moving force behind the constitutional violations, including:

- Failure to train officers on lawful investigatory stops consistent with Terry v. Ohio
- Failure to train officers on constitutional limits of force under Graham v. Connor
- Failure to properly supervise officers engaged in traffic stops and seizures
- Failure to discipline officers for known constitutional violations
- Maintenance of customs tolerating pretextual stops and unlawful seizures

32. Upon information and belief, prior complaints, internal investigations, and civil claims have been made against officers of the Detroit Police Department involving unlawful stops, excessive force, and unconstitutional seizures.
33. Despite such notice, Defendant City failed to implement corrective training, supervision, or discipline.
34. These failures demonstrate deliberate indifference and constitute a policy or custom under Monell v. Department of Social Services.
35. These policies and failures were the moving force behind Plaintiff's injuries.

## H. FAILURE TO INTERVENE

36. Each individual Defendant had a realistic opportunity to intervene and prevent the constitutional violations described herein.
37. Despite that opportunity, Defendants failed to take reasonable steps to prevent the unlawful stop, detention, seizure, and use of force.

## V. CLAIMS FOR RELIEF

## COUNT I – UNLAWFUL STOP

(Fourth Amendment – 42 U.S.C. § 1983)

38. Defendants lacked reasonable suspicion to initiate the stop.

## COUNT II – UNLAWFUL DETENTION

(Fourth Amendment – § 1983)

39. Defendants detained Plaintiff without probable cause.

## COUNT III – UNLAWFUL SEARCH AND SEIZURE

(Fourth Amendment – § 1983)

40. Defendants seized Plaintiff's firearms without a warrant or lawful exception.

## COUNT IV – EXCESSIVE FORCE

(Fourth Amendment – § 1983)

41. Defendants used objectively unreasonable force.

## COUNT V – FAILURE TO INTERVENE

(42 U.S.C. § 1983)

42. Plaintiff incorporates all preceding paragraphs.
43. Each individual Defendant had a realistic opportunity to intervene and prevent the constitutional violations.
44. Defendants failed to take reasonable steps to prevent the unlawful conduct.
45. This failure violated Plaintiff's constitutional rights.

## COUNT VI – FOURTEENTH AMENDMENT VIOLATION

(Due Process – § 1983)

46. Defendants deprived Plaintiff of liberty and property without due process of law.

## COUNT VII – EQUAL PROTECTION

(Fourteenth Amendment – § 1983)

47. Plaintiff was treated differently from similarly situated individuals without rational basis.

## COUNT VIII – MUNICIPAL LIABILITY

(Monell Claim – City of Detroit)

48. The violations resulted from policy, custom, and deliberate indifference.

## COUNT IX – INTERFERENCE WITH CIVIL RIGHTS

(42 U.S.C. § 1981 via § 1983)

49. Defendants interfered with Plaintiff's right to full and equal benefit of the law.

## COUNT X – STATE LAW CLAIMS

(False Imprisonment, Assault & Battery – Michigan Law)

50. Defendants unlawfully detained and used force without justification.

## VI. DAMAGES

51. Plaintiff suffered:

- Physical injury requiring hospitalization
- Pain and suffering
- Emotional distress
- Financial loss
- Loss of liberty
- Constitutional harm

52. Plaintiff seeks:

- Compensatory damages
- Punitive damages against individual Defendants

- Costs and attorney's fees under 42 U.S.C. § 1988

53. Plaintiff demands damages in the amount of **$350,000,000**.

## VII. DECLARATORY AND INJUNCTIVE RELIEF

54. Plaintiff seeks a declaration that Defendants violated constitutional rights.
55. Plaintiff seeks injunctive relief requiring lawful training, supervision, and accountability.

## VIII. PRAYER FOR RELIEF

Plaintiff respectfully requests:

A. Judgment in Plaintiff's favor
B. Compensatory damages
C. Punitive damages
D. Costs and attorney's fees
E. Declaratory and injunctive relief
F. Any further relief deemed just and proper

## IX. JURY DEMAND

Plaintiff demands a trial by jury.

## X. VERIFICATION

I, James Errol Garner, declare under penalty of perjury that the foregoing is true and correct.

Date: 5/5/2026
Signature: James Errol Garner

**James Errol Garner** Plaintiff
12711 E. Jefferson Ave., Unit 15088
Detroit, Michigan 48215

jgarnerbonez@gmail.com

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
James Errol Garner

**DEFENDANTS**
See Attached

**(b)** County of Residence of First Listed Plaintiff   Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Case: 2:26-cv-11483
Assigned To : Michelson, Laurie J.
Referral Judge: Patti, Anthony P.
Assign. Date : 5/5/2026
Description: CMP GARNER V. CITY OF DETROIT ET AL (DA)

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S. Code § 1983,
Brief description of cause:
constitutional rights violations

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   DEMAND $ 231,963,000.00   CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   5/5/2026   SIGNATURE OF ATTORNEY OF RECORD   *James Errol Garner*

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

# PURSUANT TO LOCAL RULE 83.11

1.　　　Is this a case that has been previously dismissed?　　☐ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　■ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.　　　Other than stated above, are there any pending or previously
　　　　discontinued or dismissed companion cases in this or any other　■ Yes
　　　　court, including state court? (Companion cases are matters in which　☐ No
　　　　it appears substantially similar evidence will be offered or the same
　　　　or related parties are present and the cases arise out of the same
　　　　transaction or occurrence.)

If yes, give the following information:

Court: Third Circuit court _____

Case No.: 25-005195-01-fh _____

Judge: Nicholas Hathaway _____


Notes :